(77 South. 1002)

Ex parte WASHBURN. (6 Div. 705.) (Supreme Court of Alabama. Jan. 17, 1918.) Certiorari to Court of Appeals. Action by S. P. Washburn against the Johnston Brothers Company and others. A judgment for plaintiff was reversed by the Court of Appeals (77 South. 461), and plaintiff petitions for certiorari. Writ denied. George E. Bush, of Birmingham, for appellant. London, Yancey & Brower, of Birmingham, for appellee.

McCLELLAN, J. Petition of S. P. Washburn for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Johnston Bros. Co. v. S. P. Washburn, 77 South. 461. Writ denied.

(78 South. 987)

Ex parte ABRAHAM BROS. (3 Div. 357.) (Supreme Court of Alabama. May 16, 1918.) Certiorari to Court of Appeals. Steiner, Crum & Weil, of Montgomery, for appellants. Hill, Hill, Whiting & Stern, of Montgomery, for appellee.

PER CURIAM. Certiorari to Court of Appeals by Abraham Bros. to review and revise the judgment and decision of that court in the case of Abraham Bros. v. Noah Means, 75 South. 187. Writ denied.

(78 South. 987)

ALABAMA VENEER CO. v. RICHARDSON. (1 Div. 20.) (Supreme Court of Alabama. May 9, 1918.) Appeal from Circuit Court, Washington County; R. I. Jones, Judge. Bill by the Alabama Veneer Company against James M. Richardson. Decree for defendant, and complainant appeals. Reversed, rendered, and remanded, with directions. Granade & Granade, of Chatom, for appellant. Armbrecht, Johnston & McMillan, of Mobile, for appellee.

McCLELLAN, J. The opinion to follow is prepared at the direction of the court to express its judgment in the premises: The appellant filed its bill to foreclose two mortgages executed by the appellee, to all rights under which the appellant had succeeded before the bill was filed. The court below decided that the debts which the mortgages were given to secure had been fully paid, and thereupon denied the relief sought by the appellant. The appellee's motion to dismiss the appeal is without merit. The appeal was seasonably and effectually taken by the appellant. The members of this court, before whom the appeal was argued orally at submission, have read and carefully considered all of the evidence in the record. The controlling issue is of fact only: Is the payment vel non of the mortgage debts by the appellee to an agent or officer of the appellant? The arguments in the briefs of the respective parties have been also fully considered in the light of the evidence disclosed by the record. A discussion of the facts and circumstances bearing upon the issue stated is unnecessary. Gen. Acts 1915, p. 595. After this careful consideration of the cause the court is of the opinion, and so holds, that the mortgages sought to be foreclosed were not paid or discharged in any measure as purports to be shown by the "receipts" or writings of February 18, 1914. The decree of the court below, denying relief to complainant (appellant), is reversed. A decree will be here rendered awarding complainant the relief prayed, and dismissing the respondent's (appellee's) cross-bill, and remanding the cause to the circuit court of Washington county to effectuate the execution of the decree here rendered. Reversed, rendered, and remanded, with directions.

ANDERSON, C. J., and McCLELLAN, SAYRE, and GARDNER, JJ., concur.

(78 South. 988)

BERRY v. WOODDY. (5 Div. 704.) (Supreme Court of Alabama. May 9, 1918.) Certiorari to Court of Appeals. James W. Strother, of Dadeville, for appellant.

PER CURIAM. Petition of E. H. Berry for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the case of Berry v. Wooddy, 77 South. 942. Writ denied.

(78 South. 988)

COLLIER v. STATE. (6 Div. 780.) (Supreme Court of Alabama. April 18, 1918.) Certiorari to Court of Appeals. M. F. Cahalan, of Birmingham, for appellant. F. Loyd Tate, Atty. Gen., for the State.

PER CURIAM. Petition of W. T. Collier for certiorari to the Court of Appeals to review and revise the judgment of said court in the cause of Collier v. State, 78 South. 419. Writ denied.

(78 South. 988)

CLAYTON et al. v. STATE. (4 Div. 788.) (Supreme Court of Alabama. May 9, 1918.) Certiorari to Court of Appeals. A. Whaley, of Andalusia, for appellants. F. Loyd Tate, Atty. Gen., for the State.

PER CURIAM. Petition of Roy Clayton and Ed Long for certiorari to Court of Appeals to review and revise the judgment of said court rendered in the appeal of Roy Clayton et al. v. State, 78 South. 462. Writ denied.

(78 South. 988)

ENSIGN v. STEWART. (5 Div. 689.) (Supreme Court of Alabama. April 11, 1918.) Appeal from Circuit Court, Elmore County; Leon McCord, Judge.

PER CURIAM. Affirmed on certificate.

(78 South. 988)

FREUNDT v. KUNTZ. (3 Div. 308.) (Supreme Court of Alabama. May 16, 1918.) Appeal from Circuit Court, Montgomery County; Gaston Gunter, Judge. Action between Ernest H. Freundt and Mary A. Kuntz. From a judgment for the latter, the former appeals. Affirmed. Ball & Beckwith, of Montgomery, for appellant. Rushton, Williams & Crenshaw, of Montgomery, for appellee.

MAYFIELD, J. This is a contest between a brother and sister, to determine the amount each is entitled to receive of the proceeds of a benefit certificate of insurance on the life of their father. There was much conflicting evidence as to the agreement between these parties and their father, as to the interest of each in the insurance, as to what part of the premiums each was to pay during the life of the insured, as to the failure of each to perform his part of the agreement, and as to inducements exerted by each upon the father to change the proportionate share each was to have in the proceeds of the insurance. It would do no good to set out, discuss, or comment on the evidence. It is sufficient to say that it has been carefully examined, with aid of able argument by briefs of counsel, and that in our opinion the trial judge reached the proper conclusion and rendered the proper decree, and that that decree should be affirmed. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.